■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID FELTON, Appellant. — Judgment, Supreme Court, Bronx County (Burton Hecht, J.), rendered on April 13, 1983, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur — Asch, J. P., Bloom, Fein and Alexander, JJ.